UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cv-00356

**Anthony Cordell Williams,**
*Plaintiff,*
v.
**Executive Director Brian Collier et al.,**
*Defendants.*

# ORDER

Plaintiff, an inmate of the Texas Department of Criminal Justice proceeding pro se, filed this civil-rights action alleging violations of his constitutional rights. Because plaintiff is barred from proceeding in forma pauperis by 28 U.S.C. § 1915(g), he paid the full filing fee. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's lawsuit be dismissed as frivolous and malicious and for failure to state a claim pursuant to 28 U.S.C. § 1915A(b) and 42 U.S.C. § 1997e(c). Doc. 13. Plaintiff received the report on September 8, 2026, Doc. 15, and has not filed written objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's complaint is dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on October 19, 2026.*

J. Campbell Barker
United States District Judge